## No. 8387.

### J. P. Macheca vs. Hardy St. Martin *et al.*

This case presents only questions of fact.

## No. 9046.

### D. Hughes & Co. vs. N. Frichon *et als*.

This case presents only questions of fact.

## No. 9023.

### Joseph Codifer vs. L. Schwartz *et al.*

Only actual damages can be recovered in case of sequestration without malice.

## No. 9169.

### The State of Louisiana vs. Lottie Hoffman *et als*.

The right of the Assistant District Attorney in the Parish of Orleans to institute criminal proceedings, affirmed.

## No. 7546.

### City of New Orleans vs. H. W. Benjamin *et als*.

This case is identical with that of the same plaintiff vs. H. O. Seixas *et als*. reported.

## No. 9120.

### W. D. Brown vs. W. B. Harelson.

A sheriff's sale of mortgaged property with the pact *de non alienando*, divests the title of a third possessor, though he was no party to the proceedings.

## No. 9136.

### M. M. Ada Lane and Husband vs. R. S. Cameron.

The District Court should have granted a new trial, as asked, on the ground of new evidence discovered. Case remanded.

## No. 9226.

### The State *ex rel*. Charles Brown vs. Judge of Twenty-sixth District Court, etc.

A mandamus does not lie to compel a District Judge to grant an injunction at the instance of a citizen against a police jury, to prevent the latter from changing the building in which the court is held.

## No. 9012.

### Board of Administrators praying for Recognition of Mortgage and recovery of assessments in Fourth Draining District.

### John Crowley & Sons, Plaintiffs and Appellants.

Judgments which are absolute nullities, cannot be revived.

## No. 9087.

### Aloysius Werner *et al*. vs. Succession of A. Werner.

Children of first marriage entitled to the $1000 homestead under the circumstances of the case.